



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

JUN 10 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ZACHARY AARON HOLDERNESS,<br><br>*Defendant.* | Case No. **25 CR 110 RAW** |

### INDICTMENT

The Federal Grand Jury charges:

### COUNTS ONE THROUGH THIRTEEN

### POSSESSION OF CERTAIN MATERIAL CONSTITUTING
### OR CONTAINING CHILD PORNOGRAPHY
### [18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)]

On or about February 27, 2025, in the Eastern District of Oklahoma, the defendant, **ZACHARY AARON HOLDERNESS,** did knowingly possess material that contained an image of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(C), such image of child pornography having been mailed, shipped, and transported using any means or facility of interstate and foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, and was produced using materials which had been mailed, shipped, and transported in and affecting and foreign commerce, by any means, including by computer, as set forth in the table below:

| Count | Image Name |
|-------|------------|
| 1 | Image Ending in 9587 |
| 2 | Image Ending in 0231 |
| 3 | Image Ending in 9625 |
| 4 | Image Ending in 9590 |
| 5 | Image Ending in 9629 |
| 6 | Image Ending in 9608 |
| 7 | Image Ending in 5620 |
| 8 | Image Ending in 9600 |
| 9 | Image Ending in 9599 |
| 10 | Image Ending in 9469 |
| 11 | Image Ending in 0227 |
| 12 | Image Ending in 0230 |
| 13 | Image Ending in 9470 |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

1.      The allegations contained in Counts One through Thirteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      Upon conviction of any of the violations charged in Counts One through Thirteen of this Indictment involving violations of Title 18, United States Code Sections 2252A(a)(5)(B) and (b)(2), the defendant, **ZACHARY AARON HOLDERNESS**, shall forfeit to the United

2

States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

a)    any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

b)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained, from such offense; and

c)    any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

3.    The property subject to forfeiture, pursuant to Title 18, United States Code, Section 2253, includes, but is not limited to the following items: one (1) Apple iPhone 14 Pro, Serial Number K7TC30MXWH.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

_____ FOR

MORGAN MUZLJAKOVICH, OBA # 32852
Assistant United States Attorney

3