## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

ZACHARY AARON HOLDERNESS,

*Defendant.*

Case No. 25-CR-110-RAW

## INFORMATION

The Federal Grand Jury charges:

## COUNT ONE

### POSSESSION OF OBSCENE VISUAL REPRESENTATIONS
### OF THE SEXUAL ABUSE OF CHILDREN
### [18 U.S.C. §§ 1466A(b)(2) & 1466A(d)(4)]

On or about February 27, 2025, in the Eastern District of Oklahoma, the defendant, **ZACHARY AARON HOLDERNESS,** did knowingly possess and attempt to possess a visual depiction that depicts an image that is, or appears to be, of a minor engaging in sexual intercourse and lacks serious literary, artistic, political, or scientific value, such visual depiction having been mailed, shipped, and transported using any means or facility of interstate and foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, and was produced using materials which had been mailed, shipped, and transported in and affecting and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 1466A(b)(2) and (d)(4).

**FORFEITURE ALLEGATION**
**[18 U.S.C. § 1467]**

1.      The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1467.

2.      Upon conviction of the violation charged in Count One of this Information involving violations of Title 18, United States Code Sections 1466A(b)(2) and (d)(4), the defendant, **ZACHARY AARON HOLDERNESS,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467:

a)      any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

b)      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained, from such offense; and

c)      any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3.      The property subject to forfeiture, pursuant to Title 18, United States Code, Section 1467, includes, but is not limited to the following items: one (1) Apple iPhone 14 Pro, Serial Number K7TC30MXWH.

CHRISTOPHER J. WILSON
United States Attorney

MORGAN MUZLJAKOVICH, OBA # 32852
Assistant United States Attorney

2
