# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Case No.: CR-25-110-RAW |
| v. | ) | Date: 12/04/2025 |
| ZACHARY AARON HOLDERNESS, Defendant. | ) | Time: 1:33 p.m. – 2:14 p.m. |

**MINUTE SHEET**
**WAIVER OF INDICTMENT/CHANGE OF PLEA HEARING**

U.S. Magistrate Judge D. Edward Snow     Toni Moore, Deputy Clerk     Reporter - None
FTR Courtroom: 1 - Room 230

Counsel for Plaintiff: Morgan Muzljakovich, AUSA
Counsel for Defendant: James Sicking, AFPD

Defendant appears: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;
☐ Defendant advised of right to appear in person ☐ Defendant consents to proceed via video conference
Defendant: ☒ Sworn
☐ Interpreter ___________________; ☐ sworn
☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed
☒ Defendant advised of charges and possible penalties
☒ Guideline estimates discussed
☐ Petition to Enter Plea of Guilty and Order Entering Plea

☒ Defendant entered guilty plea to Count 1s of the Felony Information
☒ Plea Agreement: ☒ terms orally disclosed ☒ written plea agreement filed ☐ no written plea agreement
☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
☐ Remaining Count(s) to be dismissed at sentencing: Count(s)___________

Defendant waived: ☒ Indictment; ☒ Jury Trial; ☐ Speedy Trial; ☒ 30 Days Preparation;
☐Separate Representation; ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge; ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings: ☒ Defendant found mentally competent to understand charges and proceedings
☒ Factual basis for Defendant's plea;
☒ Defendant is guilty as charged as to Count 1s of the Felony Information

☒ PSI Ordered
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (DES)
☒ Defendant remanded to custody of USMS.